JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CHARLES WILLIAMS, | Case No. 2:19-cv-02663-AFM |
| --- | --- |
| Petitioner, | |
| v. | **JUDGMENT** |
| NEIL McDOWELL, Warden, | |
| Respondent. | |

In accordance with the Memorandum Opinion and Order Dismissing First Amended Petition Without Prejudice,

IT IS ORDERED AND ADJUDGED that Petitioner's motion for a stay is denied and Judgment entered dismissing the first amended petition without prejudice for failure to exhaust.

DATED: 10/4/2019

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE